IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TAMARA TOWNSEND**                                                                   **PLAINTIFF**

**v.**                          **Case No. 4:12-cv-722-KGB**

**UNITED STATES OF AMERICA**                                       **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ORDERED this the 25th day of February, 2013.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge